## United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Cecile Benavides Brehm | ) | Chapter 13 |
| | ) | Case No. 17 B 17428 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion/Certificate of Service

Cecile Benavides Brehm
222 N Columbus Dr
Apt 4104
Chicago, IL  60601-7967

Debtor Attorney: Two Pillars Law LLC
via Clerk's ECF noticing procedures

On July 19, 2017 at 9:00 am, I will appear at the location listed to the right, and present this motion, a copy which is hereby served upon you.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, July 1, 2017.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Objection to Discharge

Comes now Marilyn O. Marshall, Standing Trustee, and requests that the Court enter an Order denying the debtor's discharge pursuant to 11 U.S.C. §1328(f) and Rule 4004, and in support thereof respectfully states the following:

1. Debtor filed for Chapter 13 relief on June 7, 2017.

2. Previous to the case at bar the following case was filed:

| Case Number | Debtor Name | Filed Date | Discharged Date |
|---|---|---|---|
| 1:15-bk-28967 | Brehm, Cecile Benavides (db) | 08/25/2015 | 12/09/2015 |

3. Debtor received a discharge in the Chapter 7 case that was filed within 4 years of the filing of the present case.

4. Because the debtor received a discharge in a case filed within the preceding time frame, the debtor is not entitled to a discharge in this case.

WHEREFORE, the Trustee prays that this Court enter an Order denying the debtor's discharge, and for any and all other relief this Court deems just and proper.

Office of the Chapter 13 Trustee　　　　　　　　　　　　　　　　/s/ MARILYN O. MARSHALL
224 S Michigan Ave　　　　　　　　　　　　　　　　　　　　　　MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL  60604
(312) 431-1300